**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DUDLEY BARRINGTON MITCHELL,

    Petitioner,

-vs-                                                Case No. 8:07-cv-1066-T-30MAP
                                                                8:05-cr-479-T-30MAP

UNITED STATES OF AMERICA ,

    Respondent.
_____/

## **O R D E R**

Before the Court is Petitioner's Notice of Appeal and Application for a Certificate of Appealability ("COA") (CV Dkt. 48) pursuant to Rule 22, Fed. R. App. P.,[1] and 28 U.S.C. § 2253.[2]

The Court denied Petitioner's § 2255 motion on the merits. To obtain a COA where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the

---

[1]"Certificate of Appealability. (1) In a . . . 28 U.S.C. §§ 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. §§ 2253(c). If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue. . . . If no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals." Rule 22, Fed. R. App. P.

[2]"[I]n . . . a proceeding under section 2255 . . , the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. . . . (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- . . .(B) the final order in a proceeding under section 2255. . . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

constitutional claims debatable or wrong. *See Slack*, 529 U.S. at 484; *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). Petitioner has failed to make this threshold showing. *See Slack*, 529 U.S. at 485.

ACCORDINGLY, the Court **ORDERS** that Petitioner's Notice of Appeal and Application for a Certificate of Appealability (CV Dkt. 48) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to:    Terry C. Christian, Esq., Counsel for Petitioner
               Donald L. Hansen, A.U.S.A.